■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL RODRIGUEZ, Appellant. [60 NYS3d 669]—

Judgment, Supreme Court, Bronx County (Patricia Anne Williams, J.), rendered October 17, 2013, convicting defendant, after a nonjury trial, of attempted assault in the third degree, and sentencing him to a term of 75 days, unanimously affirmed.

The court properly exercised its discretion in admitting evidence of defendant's prior threatening acts against the victim. This evidence was relevant to the issues of motive and intent, and it provided background material relating to the acrimonious relationship between defendant and the victim and the events leading up to the incident in question (*see People v Leeson*, 12 NY3d 823, 827 [2009]; *People v Dorm*, 12 NY3d 16, 19 [2009]). Any prejudicial effect was outweighed by probative value. Moreover, the court at this nonjury trial is "presumed capable of disregarding the prejudicial aspect of the evidence" (*People v Tong Khuu*, 293 AD2d 424, 425 [1st Dept 2002], *lv denied* 98 NY2d 714 [2002]). Concur—Friedman, J.P., Richter, Moskowitz and Gesmer, JJ.